BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DOROTHY MCDONALD, ) | Case No.: 2:12-CV-01490-EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | FOR A FIRST EXTENSION OF 30 DAYS |
| vs. ) | FOR DEFENDANT TO RESPOND TO |
| ) | PLAINTIFF'S MOTION FOR SUMMARY |
| MICHAEL J. ASTRUE, ) | JUDGMENT AND FILE ITS CROSS- |
| Commissioner of Social Security, ) | MOTION FOR SUMMARY JUDGMENT |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and file its Cross-Motion for Summary Judgment. This extension is requested because additional time is needed to adequately research the issues presented in this case. The current due date is December 10, 2012. The new due date will be January 9, 2013.

///

///

Stip. & ~~Prop~~. Order to Extend 2:12-CV-01490-EFB    1

1  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: December 4, 2012 | */s/  Cyrus Safa* <br> (as authorized by email) <br> CYRUS SAFA <br> Attorney for Plaintiff |
| Dated: December 4, 2012 | BENJAMIN B. WAGNER <br> United States Attorney <br> DONNA L. CALVERT <br> Acting Regional Chief Counsel, Region IX, <br> Social Security Administration |
| By: | */s/  Daniel Talbert* <br> DANIEL TALBERT <br> Special Assistant U.S. Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  December 7, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. & ~~Prop~~. Order to Extend 2:12-CV-01490-EFB        2